UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL NEVAREZ and PRISCILLA NEVAREZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; TORREY PINES CLUB CORPORATION; THE LODGE AT TORREY PINES PARTNERSHIP, L.P.; EVANS HOTELS, LLC; AND DOES 1-10;<br><br>Defendants. | Case No. 23cv0484-AJB -VET<br><u>Civil Rights</u><br><br>**ORDER GRANTING PLAINTIFFS AND DEFENDANT CITY OF SAN DIEGO'S JOINT MOTION TO DISMISS & REQUEST FOR CONTINUED JURISDICTION** |

On January 18, 2023, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Abdul and Priscilla Nevarez ("Plaintiffs") and Defendant the City of San Diego (the "City") (Plaintiffs and the City together the "Parties") filed a Joint Motion to Dismiss with prejudice all claims, counterclaims, and defenses in this action between them, specifically including but not limited to Plaintiffs' claims for declaratory relief, injunctive relief, and damages. Docket No. 52. The Parties attached a Court-Enforceable Stipulated Settlement Agreement between them ("Stipulated Settlement") as **Exhibit A** to the Joint Motion. *See id.* For good cause shown, the Court acknowledges the Stipulated Settlement between Plaintiffs and the City, **GRANTS** the joint motion, and **DISMISSES** the action with prejudice. Pursuant to paragraphs 6.d. and paragraph 13 of the Stipulated Settlement, Magistrate Judge

///

Valerie E. Torres shall retain jurisdiction of this action to enforce provisions of the Stipulated Settlement for a period of twelve (12) months after the date of entry of this Order.

**IT IS SO ORDERED.**

Dated:  January 23, 2024

Hon. Anthony J. Battaglia
United States District Judge